UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR625-003 |
| | ) | |
| KAREN AKINS | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Tina E. Maddox** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Tina E. Maddox** be granted leave of absence for the following periods: March 20, 2025; March 21, 2025; April 7, 2025 through April 11, 2025; June 9, 2025 through June 13, 2025; June 30, 2025; July 1, 2025 through July 4, 2025; July 21, 2025 through July 25, 2025.

**ORDERED**, this the 3rd day of March, 2025.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA